# EXHIBIT B

# RENEWAL AMENDMENT TO MERCHANT PROGRAM PROCESSING AGREEMENT

This Renewal Amendment to Merchant Program Processing Agreement, by and between First Data Merchant Services LLC (f/k/a First Data Merchant Services Corporation) ("FDMS"), Wells Fargo Bank, N.A. ("Bank") and TX Direct, LLC ("Customer", "ISO", or "Client") (the "Amendment") is made and entered into this 28th day of December, 2017.

## RECITALS

[redacted]

## AGREEMENT

FDMS, Bank and Customer agree as follows:

1. The terms of this Amendment are effective as of December 1st, 2017 ("Effective Date").

2. Section 10.1 of the Agreement is deleted in its entirety and replaced with the following:

    "10.1 <u>Initial Term</u>. The initial term of this Agreement shall be thirteen (13) Processing Years commencing on the Effective Date of this Agreement and ending on April 30, 2020, unless terminated earlier as provided in this Section 10. The term of this Agreement shall automatically renew for successive terms of two (2) Processing Years unless either ISO or Servicers give written notice of non-renewal to the other at least ninety (90) days prior to the expiration of the then-current term."



1





6. Capitalized terms used but not otherwise defined in this Amendment will have the meanings set forth in the Agreement.



DocuSign Envelope ID: 2D81E6A5-B8EC-48FD-AD7F-158DBCE3E4FD
Case 2:22-cv-02685-TLP-tmp   Document 15-3   Filed 11/02/22   Page 5 of 8   PageID 151

The parties have executed the Addendum as of the dates set forth below.

**TX Direct, LLC**

By: _[signature]_

Name: Christopher S. Reckert

Title: President / CEO

Date: 12/28/2017

**First Data Merchant Services LLC**

By: _Jason Williams (DocuSigned)_
EA711C301E0A430...

Name: Jason Williams

Title: SVP

Date: 1/5/2018

**Wells Fargo Bank, N.**

By: _Kelly M. Reiter (DocuSigned)_
19E68948FB714BC...

Name: Kelly M. Reiter

Title: VP Sponsorship

Date: 1/5/2018

DS RK

DS GH

**Exhibit I**



DocuSign Envelope ID: 2D91E6A5-B8E0-48FD-AD7E-158DBC53E4FD

