# EXHIBIT C



January 28, 2022

<u>Via Overnight Mail and Email (</u>███████████████.com)
TX Direct, LLC dba ePaymentAmerica
Attn: Christopher S. Reckert, CEO
6026 Stage Road
Bartlett, TN 38134

Re:   Notice of Non-Renewal for the Merchant Program Processing Agreement between TX
      Direct LLC (TX Direct), First Data Merchant Services LLC (FDMS) and Wells Fargo Bank,
      N.A. (Bank), dated February 28, 2007, and all amendments and renewals thereto
      (together the Agreement).

Dear Mr. Reckert,

This letter is to provide TX Direct with notice under Section 10.1 of the parties' Merchant
Program Processing Agreement dated February 28, 2007, that FDMS has opted not to renew
that Agreement. As a result, the Agreement will expire on April 30, 2022. TX Direct has exhibited
limitations regarding its' ability to perform its' obligations and requirements as defined within
the Agreement and our Program Standards, all of which are necessary to properly maintain and
diligence a wholesale ISO portfolio. This has made the extension of the Agreement's term
untenable. As a reminder, even with the expiration of the Agreement's term, TX Direct has
certain obligations it must continue to perform regarding its portfolio, and we trust that TX
Direct will continue to perform them.

FDMS has not come to this decision lightly. And, while FDMS has chosen not to extend the term
of the Agreement, FDMS is not foreclosing the possibility of continuing its relationship with TX
Direct in another form. We are willing to discuss those terms when TX Direct is ready to do so.

This letter is being sent without waiver of any rights FDMS may have under the Agreement.

Very truly yours,

*Greg Hansen* /s/

Greg Hansen
VP, ISO Solutions
███████████████.com

cc:   Jason Williams, SVP, ISO Solutions
      Denise Sumner, Relationship Manager, ISO Solutions
      Jill E. Dokson, VP, Associate General Counsel

      Chris Phillips, Esq. (Via Email Only - ███████████████.com)