# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| TX DIRECT, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 2:22-cv-02685 |
| | ) |
| FIRST DATA MERCHANT SERVICES LLC | ) |
| and WELLS FARGO BANK, N.A., | ) |
| | ) |
| Defendants. | ) |

### ORDER ON PLAINTIFF TX DIRECT, LLC'S MOTION TO COMPEL DEFENDANTS' DISCOVERY RESPONSES, STRIKE DEFENDANTS' BOILERPLATE OBJECTIONS, AND FOR ATTORNEYS' FEES

This matter came before the Court on November 28, 2023, on Plaintiff TX Direct, LLC's Motion to Compel Defendants' Discovery Responses, Strike Defendants' Boilerplate Objections, and For Attorneys' Fees (the "Motion"). Defendants responded in opposition to the Motion, and TX Direct filed a reply with permission of the Court.

In its Motion, TX Direct states that Defendants each served written responses to its First Set of Interrogatories and First Set of Requests for Production of Documents on August 4, 2023, but asserts that the written responses were insufficient. At the hearing, the parties represented that Defendants agreed that they would serve supplemental substantive responses to TX Direct's discovery requests no later than December 29, 2023.

Having considered the Motion, the record of the case, relevant law, and argument of counsel, the Court orders as follows.

It is hereby **ORDERED** that Defendants are to serve supplemental substantive responses to TX Direct's First Set of Interrogatories and First Set of Requests for Production of Documents on or before **December 29, 2023**.

2

It is further **ORDERED** that TX Direct's request for attorneys' fees is **DENIED**.

**IT IS SO ORDERED**, this 1st day of December, 2023.

<u>s/Tu M. Pham</u>
TU M. PHAM
CHIEF UNITED STATES MAGISTRATE JUDGE

2

#231925947_v3